THE LAWRENCEBURGH AND UPPER MISSISSIPPI RAILROAD COMPANY *v.* SMITH.

An appeal to the Circuit Court would not lie, under the R. S. 1843, on behalf of one of several defendants, from the judgment of a justice of the peace.

ERROR to the *Dearborn* Circuit Court.

*Per Curiam.*—Proceeding by the *Lawrenceburgh and Upper Mississippi Railroad Company* against *Smith* and *Dunn*, for the condemnation of land, pursuant to the charter of said company. Appeal by *Smith* alone from the proceedings before the justice of the peace (1). Motion in the Circuit Court for the dismissal of the appeal. Motion overruled. The appeal was taken in 1850.

The motion should have been sustained (2).

The judgment of the Circuit Court is reversed, with costs. Cause remanded, &c.

*G. H. Dunn*, for the plaintiffs.

*J. Ryman* and *E. Dumont*, for the defendant.

May Term, 1854.

(1) The charter of the company provided that either party might, at any stage of the proceedings, appeal to the Circuit Court of the proper county, as in other cases, and such court should appoint reviewers, &c., who might report at that or succeeding terms, in the discretion of the court, and the judgment of the Circuit Court should be final. Local Laws, 1848, p. 435.

(2) *Kain* v. *Gradon*, 6 Blackf. 138.